Argued and submitted March 10, affirmed May 29, reconsideration denied July 25, petition for review allowed September 9, 1986 (301 Or 765)

STATE OF OREGON,
*Appellant,*

*v.*

TAMMY ANN MEIER,
*Respondent.*

(44737; CA A37305)

719 P2d 516

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Frank E. Stoller, Newberg, argued the cause and filed the brief for respondent.

Before Warden, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

Affirmed. *State v. Ray,* 79 Or App 529, 719 P2d 922 (1986).

Van Hoomissen, J., dissenting.

**VAN HOOMISSEN, J.,** dissenting.

I respectfully dissent for the reasons stated in my dissenting opinions in *State v. Earing,* 79 Or App 543, 719 P2d 517 (1986), and *State v. Henry,* 78 Or App 392, 717 P2d 189 (1986).